*Sullivan, J*
*Part, I.*

**WINSTON & STRAWN LLP**

Luke A. Connelly
200 Park Avenue
New York, New York 10166
(212) 294-6700
lconnelly@winston.com

*Attorneys for Defendants Sun Pharmaceuticals Industries, Ltd. and Sun Pharma Global, Inc.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
SANOFI-AVENTIS, SANOFI-AVENTIS U.S.                              :
LLC, and BRISTOL-MYERS SQUIBB SANOFI                             :
PHARMACEUTICALS HOLDING                                          :
PARTNERSHIP,                                                     :   Case No. 08-cv-6286 (UA)
                           Plaintiffs,                           :
                                                                 :
            v.                                                   :
                                                                 :   **STIPULATION AND ORDER**
SUN PHARMACEUTICAL INDUSTRIES, LTD.                              :   **RE EXTENSION OF TIME**
and SUN PHARMA GLOBAL, INC.,                                     :   **TO RESPOND TO COMPLAINT**
                                                                 :
                           Defendants.                           :
---------------------------------------------------------------- x

WHEREAS Sanofi-Aventis, Sanofi-Aventis U.S. LLC, and Bristol-Myers Squibb Sanofi Pharmaceuticals Holding Partnership (the "Plaintiffs") filed a Complaint in this action (the "Complaint") against Sun Pharmaceuticals Industries, Ltd. and Sun Pharma Global, Inc. (the "Defendants") on July 11, 2008; and

WHEREAS Defendants' current deadline to answer, move or otherwise respond to the Complaint is August 4, 2008 and there has been no previous request to the Court to extend this deadline;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and the Defendants in this Action, by and through their undersigned counsel, that

Defendants' time to answer, move, or otherwise respond to the Complaint is extended until and including September 4, 2008.

Dated: July 31, 2008

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: _____
David N. Greenwald

825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Attorneys for Plaintiffs Sanofi-Aventis,
Sanofi-Aventis U.S. LLC, and Bristol-Myers
Squibb Sanofi Pharmaceuticals Holding
Partnership*

WINSTON & STRAWN LLP

By: _____
Luke A. Connelly

200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

*Attorneys for Defendants Sun Pharmaceuticals
Industries, Ltd. and Sun Pharma Global, Inc.*

SO ORDERED
THIS 4 DAY OF AUGUST 2008

_____
United States District Judge

DC:566105.1