USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

**WINSTON & STRAWN LLP**

Luke A. Connelly
200 Park Avenue
New York, New York 10166
(212) 294-6700
lconnelly@winston.com

*Attorneys for Defendants Sun Pharmaceuticals
Industries, Ltd. and Sun Pharma Global, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                         :

SANOFI-AVENTIS, SANOFI-AVENTIS U.S.
LLC, and BRISTOL-MYERS SQUIBB SANOFI  :
PHARMACEUTICALS HOLDING
PARTNERSHIP,                         :   Case No. 08-cv-6286 (SHS)
                    Plaintiffs,

                                  :

                v.                 :

                                  :   **STIPULATION AND ORDER**
SUN PHARMACEUTICAL INDUSTRIES, LTD.  :   **RE EXTENSION OF TIME**
and SUN PHARMA GLOBAL, INC.,         :   **TO RESPOND TO COMPLAINT**

                    Defendants.    :

------------------------------------------------------------ x

    WHEREAS Sanofi-Aventis, Sanofi-Aventis U.S. LLC, and Bristol-Myers Squibb Sanofi

Pharmaceuticals Holding Partnership (the "Plaintiffs") filed a Complaint in this action (the

"Complaint") against Sun Pharmaceuticals Industries, Ltd. and Sun Pharma Global, Inc. (the

"Defendants") on July 11, 2008; and

    WHEREAS Defendants' current deadline to answer, move or otherwise respond to the

Complaint is September 4, 2008, and there has been one previous request to the Court to extend

this deadline;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

the Plaintiffs and the Defendants in this Action, by and through their undersigned counsel, that

Defendants' time to answer, move, or otherwise respond to the Complaint is extended until and
including September 11, 2008.

Dated: September 3, 2008

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: _David N. Greenwald_ _(signature)_

David N. Greenwald

825 Eighth Avenue
New York, New York 10019
(212) 474-1000

*Attorneys for Plaintiffs Sanofi-Aventis,*
*Sanofi-Aventis U.S. LLC, and Bristol-Myers*
*Squibb Sanofi Pharmaceuticals Holding*
*Partnership*

WINSTON & STRAWN LLP

By: _(signature)_

Luke A. Connelly

200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

*Attorneys for Defendants Sun Pharmaceuticals*
*Industries, Ltd. and Sun Pharma Global, Inc.*

SO ORDERED
THIS 5ᵗʰ DAY OF SEPTEMBER 2008

_(signature)_

Sidney H. Stein, U.S.D.J.

DC:569576.1