

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANOFI-AVENTIS,
SANOFI-AVENTIS U.S. LLC., and
BRISTOL-MYERS SQUIBB SANOFI
PHARMACEUTICALS HOLDING PARTNERSHIP,

Plaintiffs,

v.

SUN PHARMACEUTICAL INDUSTRIES, LTD. and
SUN PHARMA GLOBAL, INC.,

Defendants.

CIVIL ACTION NO. 08-cv-6286 (SHS)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiffs Sanofi-Aventis, Sanofi-Aventis U.S. LLC, and Bristol-Myers Squibb Sanofi Pharmaceuticals Holding Partnership (collectively "Plaintiffs") and Defendants Sun Pharmaceutical Industries, Ltd. and Sun Pharma Global, Inc. (collectively "Sun"), through their undersigned counsel, as follows:

All claims, affirmative defenses, and counterclaims asserted in this action with respect to U.S. Patent No. 6,429,210 should be and hereby are dismissed;

The dismissal is with prejudice, except that in the event of termination of the Settlement and License Agreement between the parties dated Dec. 19 ,2011 either party may seek to re-open the Litigation;

Sun and its Affiliates are hereby permanently enjoined from making, using, selling, importing or offering for sale the product that is the subject of ANDA 90-

494 in the United States except as permissible under the Parties' Settlement and License Agreement; and

Each Party shall bear its own costs, expenses and taxes in connection with this Litigation and in the preparation and the performance of this Agreement, including attorneys fees.

Dated: Dec 20, 2011

_(signature)_
Robert L. Baechtold
John D. Murnane
William E. Solander
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Phone: (212) 218-2100
Facsimile: (212) 218-2200
rbaechtold@fchs.com
jmurnane@fchs.com
wsolander@fchs.com

*Attorneys for Plaintiffs*

Date: Dec. 20, 2011

_(signature) Chuck B. Klein / by ggg with permission_
James F. Hurst
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601

Charles B. Klein
John K. Hsu
WINSTON & STRAWN
1700 K Street, NW
Washington, DC 20006

Luke A. Connelly
WINSTON & STRAWN
200 Park Avenue
New York, NY 10166

*Attorneys for Defendants*

SO ORDERED 12/20/11

_(signature)_
SIDNEY H. STEIN
U.S.D.J.

2